UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 2012-84 (WOB-CJS)

LARRY M. ROTHFUSS                                              PETITIONER

VS.                                    ORDER

COOKIE CREWS                                                   RESPONDENT

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (Doc. #20), and there being no objections filed thereto, and the Court being sufficiently advised,

**IT IS ORDERED** that the Report and Recommendation be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that the motions of petitioner for summary judgment (Doc. #4), for appointment of counsel (Doc. #19) be, and they hereby are, **denied**; that the motion of petitioner for an extension of time (Doc. #15) be, and it hereby is, **denied as moot**; that the petition for writ of habeas corpus (Doc. #1) be, and it hereby is, **denied**; that the motion of respondent to dismiss (Doc. #12) be, and it hereby is, **granted**; and that **no** Certificate of Appealability shall issue herein in light of this Order.  A separate Judgment shall enter concurrently herewith.

This 15th day of January, 2013.



Signed By:
William O. Bertelsman  WOB
United States District Judge